Case 2:22-cv-03485-MAK   Document 6   Filed 09/13/22   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXIS APRIL RICHARDSON | : CIVIL ACTION |
| | : |
| v. | : NO. 22-3485 |
| | : |
| PECO ENERGY, PENNSYLVANIA PUBLIC UTILITY COMMISSION | : |
| | : |

## ORDER

AND NOW, this 13th day of September 2022, following our grant of leave to proceed *in forma pauperis* (ECF Doc. No. 4), having now screened the pro se Complaint (ECF Doc. No. 2) finding Plaintiff does not state a claim, and for reasons in the accompanying Memorandum, it is **ORDERED** the Complaint (ECF Doc. No. 2) is **DISMISSED**:

1. We **dismiss** claims under the Fair Debt Collection Practices Act and False Claims Act **with prejudice**;

2. We **dismiss** the Equal Credit Opportunity Act claim without prejudice and grant Plaintiff leave to file an amended claim under the Equal Credit Opportunity Act or other possible claims no later than **October 12, 2022**; and,

3. The Clerk of Court shall not issue summons until further Order.

KEARNEY, J.