IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXIS APRIL RICHARDSON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 22-3485** |
| | : | |
| **PECO ENERGY** | : | |
| | : | |

# ORDER

**AND NOW**, this 21st day of October 2022, upon fulfilling our obligation under section 1915 to again screen the Plaintiff's amended Complaint filed without paying the filing fees, and having already dismissed the Complaint for failure to plead claims with specific directions as to the governing law, and now finding the Plaintiff still has not plead a claim arising from her dispute as to a bill with PECO Energy, and thus her claim cannot proceed to summons, and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's amended Complaint (ECF Doc. No. 7) is **DISMISSED**:

1. As to Pennsylvania Public Utility Commission as Plaintiff does not sue it in the amended Complaint requiring we amend the caption as above;

2. **With prejudice** as to her federal law claims against PECO Energy as further amendment is futile;

3. **Without prejudice** as to her state law claim against PECO Energy as we decline to exercise supplemental jurisdiction over Plaintiff's state law claim which she may timely file in state court; and,

4. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**